CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>LONG BEACH BUILDINGS III, LLC, a California Limited Liability Company; SMART & FINAL STORES LLC, a California Limited Liability Company,<br><br>    Defendants. | **Case:** 2:20-cv-10398-FMO-SK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Jose Estrada, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Long Beach Buildings III, LLC and Smart & Final Stores LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 13, 2021            CENTER FOR DISABILITY ACCESS


                                 By:    /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff